IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13-CR-30093-DWD |
| | ) |
| DANIEL C. SHAW, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

This matter is currently before the Court on Defendant Daniel C. Shaw's Motion for Early Termination of Supervised Release (Doc. 66). On January 17, 2014, Mr. Shaw pleaded guilty to one count of Transportation of Visual Depictions of Minors Engaged in Sexually Explicit Conduct and one count of Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct. (Doc. 42). He was sentenced to 72 months in the Bureau of Prisons to be followed with 10 years of supervised release. (Doc. 44). Mr. Shaw was released from the Bureau of Prisons and began his term of supervised release on October 11, 2019. Mr. Shaw contends that he has been compliant with all terms of supervision, including maintaining employment and housing, attending treatment, paying his fine and special assessment, and maintaining proper registration.

The Government has responded. (Doc. 69). The Government agrees that Mr. Shaw has been compliant with all terms of supervision and has no objection to the

request for early termination of supervised release. The probation department confirms that Mr. Shaw has been compliant with all terms of supervision and takes no position on his request for early termination.

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See also* Fed. R. Crim. Proc. 32.1(c)(2) (allowing for modification of supervised release without a hearing).

After considering the motion and the Section 3553(a) factors, the Court finds that early termination of Mr. Shaw's supervised release is warranted by his conduct and in the interest of justice. Accordingly, the Motion for Termination of Supervised Release (Doc. 66) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

Dated: March 4, 2025

s/*David W. Dugan*
DAVID W. DUGAN
United States District Judge